

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 11, 2022**

**United States Bankruptcy Judge**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-41805-mxm7 |
| R.J. CONSTRUCTION, LLC, § | |
| § | Chapter 7 |
| Debtor. § | |

### ORDER GRANTING AGREED MOTION TO CONTINUE
### MEETING OF CREDITORS

Came on for consideration the *Agreed Motion to Continue Meeting of Creditors* (the "**Motion**"), filed by R.J. Construction, LLC ("**Debtor**"). The Court finds good cause to grant the requested continuance. It is therefore

ORDERED that the hearing on the 341 Meeting currently set for October 18, 2022 at 10:10 a.m. shall be continued to **November 9, 2022 at 8:30 a.m.** The 341 Meeting will be held telephonically by dialing 1-877-939-6318, Participant Code: 9850450#.

### ### END OF ORDER ###

___

**ORDER GRANTING AGREED MOTION TO CONTINUE MEETING OF CREDITORS**     Solo Page